(July 25, 2012)

■ ABIGAIL BERGLING, an Infant, by Her Mother and Natural Guardian, DONNA BERGLING, et al., Respondents, v JOEL M. SCHWARTZ, M.D., Appellant, et al., Defendants. [948 NYS2d 563]—

Upon reargument, the Supreme Court providently exercised its discretion in granting that branch of the plaintiffs' cross motion which was pursuant to CPLR 306-b to extend their time to serve a summons and complaint upon the defendant Joel M. Schwartz (*see Leader v Maroney, Ponzini & Spencer*, 97 NY2d 95 [2001]; *Robles v Mirzakhmedov*, 34 AD3d 554, 554-555 [2006]; *see also Thompson v City of New York*, 89 AD3d 1011, 1012 [2011]; *Samet v Binson*, 67 AD3d 988, 989 [2009]; *Matter of Mobilevision Med. Imaging Servs., LLC v Sinai Diagnostic & Interventional Radiology, P.C.*, 66 AD3d 685, 686 [2009]; *Rosenzweig v 600 N. St., LLC*, 35 AD3d 705 [2006]). Rivera, J.P., Eng, Lott and Cohen, JJ., concur.